UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In Re:

    Trumble and Kocur Storage Company, Inc.

Case No.: 2-17-20806-PRW
Chapter: 11

Tax ID: 75-3148479

Debtor(s)

## ORDER CLOSING CASE

The estate of the above-named debtor(s) has been dismissed. An order dismissing this case was entered on June 14, 2018.

**IT IS ORDERED,** that this case is closed.

Dated: June 29, 2018
Rochester, New York

HONORABLE PAUL R. WARREN
United States Bankruptcy Judge

Form OCLOSE11
www.nywb.uscourts.gov